IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE JOHNSON,

      Petitioner,               No. CIV S-08-2392 GEB GGH P

   vs.

D.K. SISTO, et al.,

      Respondents.       ORDER

_____/

      Pursuant to the Order, filed on 10/21/08 (# 3), petitioner, by filing dated 10/24/08 (# 6), has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

      Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

DATED: November 5, 2008

                                  /s/ Gregory G. Hollows
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
john2392.ifpg